**ORIGINAL**

1  PHILIP M. BALLIF, ESQ.
   Nevada Bar # 2650
2  GORDON H. WARREN, ESQ.
   Nevada Bar # 2999
3  JONES VARGAS
   3773 Howard Hughes Parkway
4  Third Floor South
   Las Vegas, Nevada 89109
5  Telephone: (702) 862-3300
   Fax: (702) 737-7705
6  ATTORNEYS FOR JOHN BALDWIN

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROBERT HOLGATE; DEBORAH HOLGATE;

    Plaintiffs,

vs.

COMMUNITY BANK OF NEVADA, a Nevada corporation; HARD MONEY FUNDING; MICHAEL J. NEWELL; LINDA M. NEWELL; JOHN BALDWIN; MIKE NEWELL, Trustee of the John Baldwin Trust; JOHN BALDWIN TRUST; JOHN DOES I-X; ROE CORPORATIONS X-XX,

    Defendants.

Case No. CV-S-02-0183-RLH-RJJ

### DEFENDANT JOHN BALDWIN'S JOINDER IN COMMUNITY BANK OF NEVADA'S MOTION FOR SUMMARY JUDGMENT

Defendant John Baldwin ("Baldwin"), by and through his attorneys Philip M. Ballif, Esq. and Gordon H. Warren, Esq. of the law firm of Jones Vargas, hereby joins in Defendant Community Bank of Nevada's Motion for Summary Judgment Pursuant to FRCP 56(c). There is no genuine issue of material fact that Plaintiffs' federal claims against Baldwin should be dismissed as a matter of law. The remaining claims against Baldwin set forth in Plaintiffs' Amended Complaint, including the accompanying state claims, should be dismissed for lack of pendent jurisdiction under 28 U.S.C. § 1367.

DATED this 5th day of December, 2002.

Respectfully submitted,

JONES VARGAS

By: /s/ Gordon H. Warren
Philip M. Ballif, Esq.
Nevada Bar No. 3377
Gordon H. Warren, Esq.
Nevada Bar No. 2999
3773 Howard Hughes Pkwy., Third Floor
Las Vegas, Nevada 89109
Telephone: (702) 862-3300
Facsimile: (702) 737-7705

ATTORNEYS FOR DEFENDANT
JOHN BALDWIN

## CERTIFICATE OF MAILING

I hereby certify that on the _5th_ day of December, 2002, the foregoing DEFENDANT JOHN BALDWIN'S JOINDER IN DEFENDANT COMMUNITY BANK OF NEVADA'S MOTIN FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56(c) was served on the defendants by mailing a copy thereof, first-class mail, postage prepaid, to:

Robert Holgate and Deborah Holgate
1660 S. Valdez Street
Las Vegas, Nevada 89117
Plaintiffs *pro se*

Steve Morris, Esq.
MORRIS PICKERING & SANNER
300 South Fourth Street, Suite 900
Las Vegas, NV 89101
*Attorneys for Defendants Hard Money Funding; Michael J. Newell; Linda M. Newell; Mike Newell, Trustee of the John Baldwin Trust; and John Baldwin Trust*

G. Mark Albright, Esq.
ALBRIGHT, STODDARD, WARNICK
 & ALBRIGHT
801 South Rancho Drive
Las Vegas, NV 89106
*Attorneys for Defendant Community Bank of Nevada*

*Claire Stevens*
An employee of JONES VARGAS